IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                               )<br>       vs.                 )<br>                               )<br>JAIME LOPEZ                )<br>                               ) | Criminal No. 6:05cr0404<br><br>**O R D E R** |

       This matter is before the court on oral motion of the defendant, through his attorney, for reduction of bond in this case.

       The court is advised that the defendant has a criminal record in both South Carolina and California; that he was on bond on state drug charges at the time of the drug transaction alleged to have occurred in this case; and that more than 80 pounds of marijuana was seized in the search of the house.  Based on this information, the court believes the defendant is both a flight risk and a danger to the community.

       Now, therefore, after careful consideration,

       IT IS ORDERED that the defendant's motion for reduction of bond is denied.

       IT IS SO ORDERED.

                                                                s/William M. Catoe<br>
                                                               United States Magistrate Judge

May 10, 2005

Greenville, South Carolina